O'CONNOR PLAYDON & GUBEN LLP
A LIMITED LIABILITY LAW PARTNERSHIP

JERROLD K. GUBEN   3107-0
JEFFERY S. FLORES   8691-0
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813
Telephone:  (808) 524-8350
jkg@opglaw.com
jsf@opglaw.com

Attorneys for Debtor
DIRK C. BUDD

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re | Case No. 11-01698 (Chapter 7) |
|---|---|
| DIRK C. BUDD,<br><br>            Debtor. | *Original Meeting:*<br>Date:  July 8, 2011<br>Time:  2:00 p.m.<br><br>*Rescheduled Meeting*:<br>Date:  July 19, 2011<br>Time:  9:15 a.m. |

**NOTICE OF RESCHEDULING OF FIRST MEETING OF CREDITORS**

The First Meeting of Creditors of Dirk Budd has been rescheduled for *July 19, 2011 at 9:15 a.m.* in the Office of the United States Trustee, 1132 Bishop Street, Room 606, Honolulu, Hawaii 96813.

237171v1/11-113/JSF

NOTICE IS FURTHER GIVEN that such meeting may be adjourned from time to time without further notice of the adjournment date other than by announcement of the adjourned date or dates at said meeting.

DATED: Honolulu, Hawaii, June 27, 2011.

/s/ Jeffery Flores
JERROLD K. GUBEN
JEFFERY S. FLORES
Attorneys for Debtor,
DIRK C. BUDD